UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

AMADOU SOUARE,

      Defendant.

- - - - - - - - - - - - - - - - - x

ORDER OF
RESTITUTION

10 Cr. 461 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/12

  Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, James J. Pastore, Assistant United States Attorneys, of counsel; the presentence report; AMADOU SOUARE, the Defendant's, conviction in connection with the above-captioned matter, and all other proceedings in this case, it is hereby ORDERED that:

  **1. Amount of Restitution.** AMADOU SOUARE, the Defendant, shall pay restitution in the total amount of $131,053 to the victims of the offenses of conviction. The name, address, and specific amount owed to the victims are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

  **2. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may

be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:     New York, New York
           April 9, 2012

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
            -v.-                  :     ORDER OF
                                  :     RESTITUTION
AMADOU SOUARE,                    :
            Defendant.            :     10 Cr. 461 (LAP)
                                  :
- - - - - - - - - - - - - - - - - x

| Name | Address | Amount of Restitution |
|---|---|---|
| TD Bank | Attn: Corporate Security<br>9000 Atrium Way<br>Mount Laurel, New Jersey 08054<br>Case No. 09-154-98/<br>Re: Mamdu Kamara | $102,703 |
| Sovereign Bank | Office Manager<br>Sovereign Bank (Loss Prevention)<br>Mail Code 1-MB3 0205<br>2 Morrissey Blvd<br>Boston, Massachusetts 02125 | $13,461 |
| Bank of America | Office Manager<br>Bank of America (Restitution Department)<br>5716 Horatio Street<br>Utica, NY 13502 | $14,889 |
| | TOTAL | $131,053 |